John R. Bayles, Respondent, v. Cornelia W. Chapman, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Burr, Rich and Carr, JJ.

Joseph W. Breen and Martin J. Wade, Appellants, v. Henry C. Roes and Charles Warncke, Respondents.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Samuel Brody, Respondent, v. Hudson Companies, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, Burr, Rich and Carr, JJ., concurred; Hirschberg, P. J., concurred so far as the judgment is concerned, but was of opinion that the order was not appealed from.

George D. Campbell, Respondent, v. Patrick F. Campbell and John J. Campbell, Individually and as Executor, etc., of Patrick Campbell, Deceased, Appellants, Impleaded with Anna Rose Hughes and Edward Hughes, Infants, etc., Respondents.— Order affirmed, with costs. No opinion. Woodward, Jenks, Burr, Thomas and Carr, JJ., concurred.

William P. Clark, Appellant, v. John J. Wagner, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Burr, Rich and Carr, JJ., concurred.

City Equity Company, Respondent, v. William H. J. Bodine, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

James J. Horan, Appellant, v. Cassity E. Mason, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

In the Matter of the Appraisal under the Transfer Tax Acts of the Property of Maria B. Chapman, Deceased. Clark Williams, as Comptroller of the State of New York, Appellant; Edwin N. Chapman and John D. Chapman, as Executors and Trustees under the Last Will and Testament of Maria B. Chapman, Deceased, Respondents.— Order of the Surrogate's Court of Kings county affirmed, with ten dollars costs and disbursements, on the authority of Matter of Chapman (133 App. Div. 337). Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Richard L. Vaughan, Respondent, v. John Smith, Appellant.— Order affirmed, with costs. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.